**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THOMAS E. WHITE,                           )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )
                                           )
LVNV FUNDING, LLC,                         )
                                           )
                    Defendant.             )

## COMPLAINT

## INTRODUCTION

1.      Plaintiff brings this action to secure redress from unlawful collection

practices engaged in by defendant.  Plaintiff alleges violation of the Fair Debt Collection

Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

## VENUE AND JURISDICTION

2.      This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28  U.S.C.

§1331 and 28 U.S.C. §1337.

3.      Venue and personal jurisdiction in this District are proper because:

        a.      Defendant's collection communications were received by plaintiff

within this District;

        b.      Defendant does business within this District.

## PARTIES

4.      Plaintiff is a resident of the Northern District of Illinois.

5.      Defendant LVNV Funding, LLC ("LVNV") is a limited liability company

organized under Delaware law that does business in Illinois. Its registered agent and office are CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

6.     Defendant LVNV is engaged in the business of purchasing charged-off debts and attempting to collect them.

7.     Defendant LVNV stated on its Web site, www.lvnvfunding.com, that "LVNV Funding purchases portfolios of both domestic (U.S.) and international consumer debt from credit grantors including banks, finance companies, and other debt buyers. As the new owner of any debt purchased from the original creditor or from another debt buyer, LVNV Funding's name may appear on a customer's credit bureau, or in a letter from a collection agency if the account is delinquent."

8.     Defendant LVNV also stated on its Web site that:

> All capital markets and business development activities are handled internally, while the management of purchased assets is outsourced to a third-party specializing in the management of these types of consumer assets, Resurgent Capital Services LP (Resurgent). Resurgent is a manager and servicer of domestic and international consumer debt portfolios for credit grantors and debt buyers, and has been hired by LVNV Funding to perform these services on its behalf. Resurgent, a licensed debt collector, may perform these activities directly, or in many cases, will outsource the recovery activities to other specialized, licensed collection agencies. If you are a customer, please direct your inquiries to the firm currently working your account.

9.     Defendant LVNV pays an average of less than 10 cents on the dollar for the charged-off debts it purchases.

10.     Since January 1, 2008, LVNV has been the plaintiff in more than 1,000 collection lawsuits filed in Illinois courts.

11.     Defendant LVNV uses the mails and telephone system in conducting its business.

12.     Defendant LVNV is a debt collector as defined in the FDCPA.

## FACTS

13.      Defendant has been attempting to collect from plaintiff an alleged Sears credit card debt.  The actual issuer of the card was Citibank.

14.     Plaintiff settled the debt several years ago with National Enterprise Systems, a debt collector hired by LVNV Funding LLC.  See Exhibit A.  After plaintiff made an initial payment of $500, subsequent periodic payments of $250.00 were to be automatically withdrawn from plaintiff's account until the debt was paid in full.

15.     The final $250.00 was possibly never withdrawn from plaintiff's account, although plaintiff received a confirmation number indicating that it was.

16.     On or about September 25, 2009, LVNV Funding, LLC, through its attorney, Blatt, Hasenmiller, Leibsker, & Moore, LLC, ("Blatt") sent plaintiff the letter attached as Exhibit B.

17.     By letter of October 23, 2009, plaintiff disputed the debt, pointing out that his only Sears account had been settled.  A copy of this letter is attached as Exhibit C.

18.     On information and belief, Blatt returned the debt to LVNV Funding, LLC.

19.     Prior to February 14, 2011, LVNV Funding, LLC sent the debt to another collection agency, Nelson, Watson & Associates, LLC.

20.     On or about February 14, 2011, Nelson, Watson & Associates, LLC, on behalf of LVNV Funding, LLC, sent plaintiff the letter attached as Exhibit D.

21.     Exhibit D does not accurately state the amount of the debt.

## VIOLATION ALLEGED

22.     The sending of <u>Exhibit D</u> on behalf of LVNV Funding, LLC violates 15

U.S.C. §§1692c, 1692e, 1692e(2), and 1692e(10).

23.     Section 1692c provides:

> **§ 1692c.      Communication in connection with debt collection [Section 805 of P.L.]**
>
> **. . .  (c) Ceasing communication--If a consumer notifies a debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt, except--**
>
> > **(1)      to advise the consumer that the debt collector's further efforts are being terminated;**
> >
> > **(2)      to notify the consumer that the debt collector or creditor may invoke specified remedies which are ordinarily invoked by such debt collector or creditor; or**
> >
> > **(3)      where applicable, to notify the consumer that the debt collector or creditor intends to invoke a specified remedy.**
>
> **If such notice from the consumer is made by mail, notification shall be complete upon receipt.**

24.     Section 1692e provides:

> **§ 1692e.      False or misleading representations [Section 807 of P.L.]**
>
> **A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:**
>
> > **(2)      The false representation of--**
> >
> > > **(A)      the character, amount, or legal status of any debt; . . .**

**(10)    The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. . . .**

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and against defendant for:

(1)    Statutory damages;

(2)    Attorney's fees, litigation expenses and costs of suit;

(3)    Such other or further relief as the Court deems proper.

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

5

## VERIFICATION

I, Thomas E. White, declare under penalty of perjury, as provided for by 28 U.S.C. 1746, that the facts stated in this complaint are accurate to the best of my knowledge and belief.

Executed at Oak Lawn, Illinois on November _04_, 2011.

Thomas E. White

6

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.   All rights relating to attorney's fees have been assigned to counsel.


s/Daniel A. Edelman
Daniel A. Edelman


Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

T:\26229\Pleading\Complaint_Pleading.WPD

EXHIBIT A



NATIONAL ENTERPRISE SYSTEMS
29125 Solon Road • Solon, OH 44139-3442

March 26, 2008

Thomas E White 1202431 RCS069


RE: LVNV FUNDING LLC
Client ID: 267798820
For:  Sears
      5049941105868639
Date of Referral:  07/25/2007
Date of Service:  03/01/1996

Please contact:
(877) 603-7164

**Total Amount Due: $3044.96**



This is to advise you that your postdated check or automatic withdrawal will be deposited as directed by you.

Check Number:  1000          Check Date:  03/31/2008          Check Amount:  $250.00

Please be sure the funds are in your bank account to cover this transaction before this date.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

You can now pay by automated phone system at (800) 238-0868 or on the internet at www.nesi.paymybill.com. Just enter your account number 1202431. Transaction fees will be charged if you use the automated phone system or the internet to make payment on this account. You are not required to use the automated phone system or the internet to make payment on this account. If you make payment on this account by check, the face amount of the check may be presented to your bank by paper draft or electronically as permitted by law.

45ONNESI02205

*NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

***PLEASE COMPLETE AND RETURN THE FORM BELOW WITH YOUR PAYMENT.***



ONNESI02
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

Daytime Phone:  (_____)____.  _  _  _____.
Evening Phone:  (  .  )_____  -  _____
☐ Enclosed is Payment in Full

                                                                114

Please forward all payments and correspondence to:
NATIONAL ENTERPRISE SYSTEMS
29125 Solon Road
Solon OH 44139-3442

#BWNHRMD   0260555 _ 0010913
#0326 1714 0010 9134#` -205
ldldlddld...lddlddllddllbdldldldlddl
*PERSONAL & CONFIDENTIAL*
Thomas E White

March 26, 2008          1202431          CURO

Client ID:        267798820
Amount Due:   $3044.96        Amt Paid:   $_____

# EXHIBIT B

Ira F. Leibsker *
Leon W. Moore *
Kenneth R. Wake * ^ ◻

Frank A. Janello * -
Mariaina C. Strunk *
Gregory R. Dye * + .
Brian D. Maynard *
Kliment P. Mitreski * o
Mark J. Johnson *
Anna Chansomphou David *
Bradley Romig*
Eduardo M. Pallares ^
Edward A. B. Castaldo o
Tamara M. K. Shultz *
Kelly M. Harrop ' x
Ruth Fischetti '
Vani Vedam *
Matan Korrub *
Laura P. Huntley *
Brian Yeaman *
David J. Picardat *
Daniel Santucci .
Noelle O'Donnell *

Law Offices
# Blatt, Hasenmiller, Leibsker & Moore LLC
125 South Wacker Dr. * Suite 400 * Chicago, Illinois 60606-4440
Phone 312/704-9440 * Outside Chicago 800/357-9609
Fax 312/704-9430

09-25-09

THOMAS E WHITE

Licensed in:
IL *, IN o
MI ^, OH +
AZ ', PA .
CO x, MO -

| | |
|---|---|
| REFERENCE #: | 2383412 |
| CREDITOR: | LVNV FUNDING, LLC |
| ORIGINAL CREDITOR: | CITIBANK SUCCESSOR IN INTEREST TO SEARS |
| ACCOUNT #: | 5049941105868639 |
| ACCOUNT TYPE: | MASTERCARD |
| AMOUNT DUE: | $2804.87 |
| DEBTOR: | THOMAS E WHITE |

Please be advised that this firm represents the above named creditor. We have provided above the original creditor name if applicable. Your account has been referred to this office for collection. As of this date, you owe the Amount Due shown above. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which case we will inform you before depositing the check for collection. For further information, write this office or call us at 866-269-9861.

Demand is hereby made upon you for payment of the Amount Due. If you cannot make remittance of the total Amount Due, but wish to make partial payment and discuss payment terms, call this office with your proposal. You are hereby advised that this is an attempt to collect a debt, and that this firm is acting pursuant to the Fair Debt Collection Practice Act, 15 U.S.C.A., Sec. 1692 et seq.; any information obtained will be used for this purpose.

If you do not dispute the validity of this debt, or any portion thereof, within 30 days of receipt of this letter, we will assume it is valid. If you do dispute the validity of this debt, or any portion thereof, please notify us in writing, within 30 days of receipt of this letter and we will mail verification of the debt, or a copy of a judgment, if applicable, to you. We will also provide you with the name and address or the original creditor, if different from the current Creditor, if you request the same from us, in writing, within 30 days of receipt of this letter.

Thank You,

Blatt, Hasenmiller, Leibsker & Moore, LLC

PLEASE INCLUDE YOUR REFERENCE # ON YOUR PAYMENT

BLD8A(08/01)AD1

| Illinois | Indiana | Michigan | Arizona | Pennsylvania |

# EXHIBIT C

THOMAS WHITE





Law Offices
Blatt, Hasenmiller, Leibsker & Moore LLC
125 South Wacker Drive Suite 400
Chicago, Illinois 60606-4400

October 23, 2009

Reference # 2383412
Creditor: LVNV Funding, LLC
Original Creditor: Citibank Successor in Interest to Sears
Account#5049941105868639
Account Type: Mastercard
Amount Due: $2804.87
Debtor: Thomas E. White

GENTLEMEN:

Please refer to the above captioned information. This letter is to advise that this account does not
belong to me and does not match any of the account information that did belong to me.
The account that I had with Sears was paid through a different debt settlement process, and none
of the account information supplied by you matches any of the account information that was
attached to the debt that I settled with Sears. I am therefore disputing this account
as not being a valid debt.

Sincerely,


Thomas White

# EXHIBIT D



PO Box 1299
Haverhill MA 01831
RETURN SERVICE REQUESTED

### *Nelson, Watson & Associates, LLC*
80 Merrimack Street Lower Level
Haverhill, MA 01830
Phone: (888) 822-5901 • Fax (978) 469-9046
www.nelsonwatson.com

February 14, 2011

Current Creditor: LVNV FUNDING LLC
Acct#: 267798820
Total Balance as of 02/14/11: $2926.26



RESP171086 - A1420 - 516
Thomas E White

Nelson, Watson & Associates, LLC
PO Box 1299
Haverhill MA 01831-1799

REDACTED

---

*** Detach Upper Portion And Return With Payment ***      516-ACNWAA10-1/4/11

| | | | |
|---|---|---|---|
| Current Creditor: | LVNV FUNDING LLC | Principal: | $2804.10 |
| Original Creditor: | CITIBANK | Interest: | $122.16 |
| Acct No: | 267798820 | Total Balance as of 02/14/11: | $2926.26 |

ARE YOU RECEIVING A TAX REFUND THIS YEAR?
USE YOUR TAX REFUND TO YOUR ADVANTAGE
TAX TIME SPECIAL SETTLEMENT OFFER.

The above referenced account has been placed with this office for collection. Remittance of the payment in full is hereby requested. However, LVNV FUNDING LLC has agreed to accept one single payment in the amount of $1902.07 as a settlement on this account. FUNDS MUST BE RECEIVED IN MY OFFICE NO LATER THAN THE CLOSE OF BUSINESS MAR 15, 2011. If you are unable to accept this offer, please call our office for alternative payment plans.

We are not obligated to renew this offer. For your security, please make all payments payable to Nelson, Watson & Associates, LLC.

**This communication is from a debt collector. This is an attempt to collect a debt. All information will be used for that purpose.**

Please call Monday or Wednesday 8:30am to 9pm EST, Tuesday, Thursday or Friday 8:30am to 5pm EST, or Saturday 9am to 1pm EST.

Sincerely,
Consumer Services Department

A $10.00 fee will be charged the writer of a check that is returned for insufficient funds.

**Please Note:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. Funds may be withdrawn from your account as soon as the same day we receive the check and you will not receive your check back from your financial institution.

IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL
IN THE INFORMATION BELOW AND RETURN THE ENTIRE
LETTER TO US.

  

$

| Account Number | Payment Amount | Expire Date | CVV |
|---|---|---|---|
| | | | |

| Card Holder Name | Signature of Card Holder |
|---|---|
| | |